DEMERY RYAN, Bar No. 217176
dryan@littler.com
ALEX SANTANA, Bar No. 252934
asantana@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendant
GALDERMA LABORATORIES, L.P.,
ERRONEOUSLY SUED AS GALDERMA
LABORATORIES, LLP

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN EVANS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>GALDERMA LABORATORIES, LLP, a Texas Limited Liability Partnership, and DOES 1 to 40,<br><br>        Defendants. | Case No. 2:15-cv-09748 –AB-AFM<br><br>**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Los Angeles Superior Court<br>Case No. BC599115<br>Complaint Filed:  October 27, 2015 |

**ORDER OF DISMISSAL**

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 28, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE

Firmwide:142934655.1 086095.1003